DEPARTMENT OF BUILDINGS OF THE CITY OF NEW YORK, Plaintiff, *v.* RICHARD FIELD, Defendant.

*Submission of a controversy affecting real property — defective statement as to ownership.*

The statement upon which a controversy relative to certain premises was submitted recited that one Gerry was the present owner of the premises mentioned therein, and that the defendant, Richard Field, became the owner of the premises in their existing condition.

*Held,* that the statement did not show that the defendant Field was the owner of the premises, and that the proceeding was taken against the owner, and that the court for that reason would not consider the matter.

SUBMISSION of a controversy upon an agreed statement of facts pursuant to section 1279 of the Code of Civil Procedure.

*John Vinton Dahlgren,* for the plaintiff.

*George Hill,* for the defendant.

PATTERSON, J.:

In the condition of the agreed statement of facts as it is presented to us, this matter cannot be considered. It is specifically stated that Mr. Elbridge T. Gerry is the present owner of the premises mentioned in the submission. All that is stated with reference to the defendant Field, is, that he became the owner of the property in its existing condition; but that does not show that he is the owner of the property and that the proceeding is taken against the owner. As we are not authorized to draw any inferences or to import anything into the submission, we cannot act on these papers, but the matter may be resubmitted on a proper statement.

VAN BRUNT, P. J., BARRETT, RUMSEY and WILLIAMS, JJ., concurred.

Leave given to parties, if they shall be so advised, to file additional statement.